**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Juan PEREZ–MANUEL, Defendant–**
**Appellant.**

**No. 13–10645**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

May 19, 2014.

James Wesley Hendrix, Assistant U.S. Attorney, U.S. Attorney's Office, Dallas, TX, for Plaintiff–Appellee.

Jason Douglas Hawkins, Federal Public Defender, Federal Public Defender's Office, Dallas, TX, Sherylynn Ann Kime–Goodwin, Assistant Federal Public Defender, Federal Public Defender's Office, Lubbock, TX, for Defendant–Appellant.

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM: *

Juan Perez–Manuel (Perez) appeals the sentence imposed following his guilty plea conviction for illegal reentry following deportation, in violation of 8 U.S.C. § 1326. He contends that the district court erroneously imposed a three-year term of supervised release to follow his 16–month prison term without providing sufficient reasons why supervised release was necessary in his case.

Perez has completed his term of imprisonment, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 382–83 (5th Cir.2007). Accordingly, the appeal is DISMISSED.

---

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.